UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:23-cr-75-WFJ-AAS

46 U.S.C. §§ 70503(a)
and 70506(a)

FLAVIO FONTES PEREIRA

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Beginning on an unknown date and continuing through on or about February 22, 2023, while upon the high seas and onboard a vessel subject to the jurisdiction of the United States, the defendant,

FLAVIO FONTES PEREIRA,

did knowingly and intentionally possess with intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 46 U.S.C. §§ 70503(a) and 70506(a), and punishable under 21 U.S.C. § 960(b)(1)(B)(ii).

## **FORFEITURE**

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of 21 U.S.C. §§ 853 and 881, 46 U.S.C. § 70507, and 28 U.S.C. § 2461(c).

2. Upon his conviction of the violation alleged in Count One of this Indictment, in violation of 46 U.S.C. § 70503, the defendant,

FLAVIO FONTES PEREIRA,

shall forfeit to the United States, pursuant to 46 U.S.C. § 70507, 21 U.S.C. § 881(a), and 28 U.S.C. § 2461(c), any and all property described in 21 U.S.C. § 881(a)(1) through (11) that was used or intended for use to commit, or facilitate the commission of, such offense.

3. Upon his conviction of any of the violations alleged in Count One of this Indictment, in violation of 21 U.S.C. § 960, the defendant,

FLAVIO FONTES PEREIRA,

shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

4. If any of the property described above, as a result of any act or omission of the defendant:

2

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with a third party;

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or,

  e. has been commingled with other property, which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provision of 21 U.S.C. § 853(p), directly and as incorporated by 28 U.S.C. § 2461(c).

           A TRUE BILL,

           [REDACTED]
           Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Matthew J. Del Mastro
Special Assistant United States Attorney

By: _____
Joseph K. Ruddy
Assistant United States Attorney
Chief, Transnational Organized Crime Section

FORM OBD-34
February 23

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Tampa Division

THE UNITED STATES OF AMERICA

vs.

FLAVIO FONTES PEREIRA

## INDICTMENT

Violations: 46 U.S.C. §§ 70503(a) and 70506(a)

A true bill,

███████████████████
Foreperson

Filed in open court this 28th day

of February 2023.

_____
Clerk

Bail $_____

GPO 863 525