# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>**FLAVIO FONTES PEREIRA**<br><br>_Defendant_ | )<br>)  Case No. 8:23 cr 75 WFJ-AAS<br>)<br>)<br>)<br>) |

RCVD USMS M/DFL TAMPA
2023 MAR 2 PM 2:05

FILED

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_  FLAVIO FONTES PEREIRA                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Possession with the intent to distribute five (5) kilograms or more of cocaine while onboard a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. §§ 70503(a) and 70506(a).


Date: 3-1-2023                                                              _____[signature]_____
                                                                                        _Issuing officer's signature_

City and state: Tampa, Florida                              ELIZABETH WARREN, Clerk, United States District Court
                                                                                        _Printed name and title_

---

**Return**

This warrant was received on _(date)_  3/0/23  , and the person was arrested on _(date)_  3/8/23
at _(city and state)_  Tampa, FL                        .

Date: 3/9/23                                                                _____[signature]_____
                                                                                        _Arresting officer's signature_

                                                                                        Wm J. Kuhn
                                                                                        _Printed name and title_