# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## GUILTY PLEA HEARING MINUTES

CASE NO.   8:23-cr-75-WFJ-AAS                    DATE:   September 5, 2023

HONORABLE   AMANDA ARNOLD SANSONE            INTERPRETER   Maria Carolina Paraventi
                                             LANGUAGE     Portuguese

UNITED STATES OF AMERICA                         SAUSA Mike Leath
v.                                           Government Counsel

FLAVIO FONTES PEREIRA                            AFPD Nicole Hardin
Defendant                                    Defense Counsel
COURT RPTR   digital recording               DEPUTY CLERK   Cathy Morgan

TIME   3:20 – 3:55        TOTAL   35 min     COURTROOM       10B

(X)   PLEA AGREEMENT FILED FILED.

(X)   DEFENDANT SWORN.

(X)   PLEA OF NOT GUILTY WITHDRAWN AND PLEA OF  GUILTY  ENTERED AS TO COUNT   ONE   OF THE INDICTMENT

(X)   FACTUAL BASIS   ESTABLISHED

(X)   ADJUDICATION OF GUILT   DEFERRED.

(X)   REFERRED TO PROBATION FOR PRE-SENTENCE INVESTIGATION:   YES

(X)   SENTENCING WILL BE SCHEDULED AT A LATER DATE,

(X)   DEFENDANT REMAINS IN CUSTODY OF THE U.S. MARSHALS SERVICE

(X)   PLEA CONDITIONALLY ACCEPTED.

(X)   COPY OF GUILTY PLEA MINUTES PROVIDED TO DISTRICT JUDGE COURTROOM DEPUTY.

()    OTHER: